# Exhibit B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EUNICE WELLS, *et al.* | * |
| Plaintiffs | * |
| vs. | *   Case no.: 1:00CV00760(LFO)(DAR) |
| ALLSTATE INSURANCE CO., *et al.* | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] ORDER**
**PRELIMINARILY APPROVING SETTLEMENT**
**AND PROVIDING FOR NOTICE**

WHEREAS, the parties to this Action have made application for an order preliminarily approving the settlement of the Action in accordance with a Settlement Agreement dated as of December 17, 2007 which, together with the Exhibits annexed thereto, sets forth the terms and conditions for a proposed settlement of the Action and for dismissal of the Action with prejudice upon the terms and conditions set forth therein; and,

WHEREAS the Court has read and considered the Joint Motion for Preliminary Approval of the Proposed Settlement as well as the terms of the Settlement Agreement attached thereto; and,

WHEREAS, the Court has preliminarily determined that that the terms of the Settlement Agreement are adequate, fair and reasonable, and were reached after arms' length negotiation between the parties; and,

WHEREAS, the Court has determined that the Notice provided for in the Settlement Agreement, and the proposed methods for dissemination of the Notice to the

Class, constitute the best possible Notice under the circumstances and comport with the requirements of due process and the Federal Rules of Civil Procedure:

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Court does hereby preliminarily approve the Settlement Agreement and the terms of the settlement set forth therein, subject to further consideration at the Settlement Hearing described below.

2. A hearing (the "Settlement Hearing") shall be held by this Court on _____, 2008 at 9:00 a.m., before the Honorable Louis F. Oberdorfer at the United States District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. 20001 to determine whether the proposed settlement of the Action on the terms and conditions provided for in the Settlement Agreement is fair, just, reasonable and adequate to the Class and should be approved by the Court; and whether the action should be dismissed with prejudice as provided for in the Settlement Agreement. The Court may adjourn the Settlement Hearing without further notice to Members of the Class.

3. The Court approves, as to form and content, the Notice of Settlement of Class Action (the "Notice") annexed as Exhibit A hereto, and finds that the mailing and distribution of the Notice substantially in the manner and form set forth in the Settlement Agreement meet the requirements of Federal Rules and due process, and is the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all persons entitled thereto.

   (a) Not later than February 15, 2008, (the "Notice Date"), the Defendants shall cause a copy of the Notice substantially in the form annexed hereto as Exhibit A to be mailed by first class mail to all Class members; and

(b) Not later than February 20, 2008, the Defendants shall serve on all counsel and file with the Court proof, by affidavit or declaration, of such mailing.

4. Any potential member of the Class may request to be excluded from the Class. Such Request of Exclusion must be postmarked on or before the date specified in the Notice, which shall be no less than 60 days from the date the Notice is mailed, and otherwise comply with the requirements set forth in the Notice. Class Counsel will serve all Requests for Exclusion on all counsel immediately upon receipt of such requests and at least five (5) calendar days before the Settlement Hearing.

5. Any Class Member ("Class Member" as used herein is as that term is defined in the Settlement Agreement) may enter an appearance in the Action, at his, her or its own expense, individually or through counsel of their own choice. If no appearance is entered, any such member will be represented by Class Counsel.

6. Unless and until the settlement is canceled and terminated pursuant to the terms of the Settlement Agreement, neither the representative Plaintiffs nor any Class Member, either directly, representatively, or in any other capacity, shall commence or prosecute against the Defendants any action or proceeding in any court, tribunal or other forum asserting any of the claims set forth in the Amended Complaint.

7. Any Class Member may appear and show cause, if he or she has any reason why the proposed settlement of the Action should or should not be approved as fair, just, reasonable and adequate or why this Action should not be dismissed with prejudice in consideration of the settlement reached herein; provided, however, that no Class Member shall be heard or entitled to contest the approval of the terms and conditions of the proposed settlement, or, if approved, the Judgment to be entered thereon

approving the same unless that person has delivered by hand or sent by first class mail (or filed electronically, through counsel) written objections and copies of any papers and briefs, in accordance with the procedure set forth in the Notice, such that they are received on or before _____, 2008, and filed said objections, papers and briefs with the Clerk of this Court on or before _____, 2008.  Any Class Member who does not make his, her or its objection in the manner provided shall be deemed to have waived such objection and shall forever be foreclosed from making any objection to the fairness or adequacy of the proposed settlement as incorporated in the Settlement Agreement unless otherwise ordered by the Court.

8. All papers including memoranda or briefs in support of the settlement, incentive awards, or attorneys' fees and expenses shall be filed with the Court on or before _____, 2008.

9. Neither the Settlement Agreement, nor any of its terms or provisions, nor any of the negotiations or proceedings connected with it, shall be construed as an admission or concession by Defendants of the truth of any of the allegations in the Action, or of any liability, fault, or wrongdoing of any kind.

10. The Court reserves the right to adjourn the date of the Settlement Hearing without further notice to the Class Members, and retains jurisdiction to consider all further applications arising out of or connected with the proposed settlement.  The Court may approve the settlement, with such modifications as may be agreed to by the Settling Parties, if appropriate, without further notice to the Class.

Dated: _____            _____
                                          Louis F. Oberdorfer, Judge