UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUNICE WELLS, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 00-0760-LFO ) |
| ALLSTATE INSURANCE CO., *et al.*, | ) ) |
| Defendants. | ) ) ) |

### FINAL JUDGMENT AND ORDER APPROVING SETTLEMENT AND DISMISSING CLAIMS OF CLASS MEMBERS WITH PREJUDICE

The parties to this class action have moved for court approval of the attached Settlement Agreement that they entered into on December 17, 2007. *See* Motion for Final Approval of Class Action Settlement [dkt # 242]. The court certified this case as a class action through orders dated August 11, 2002, and July 6, 2006 [dkts #81, 213]. The class is defined as follows: Allstate policyholders or beneficiaries who (1) between March 20, 1997, and July 6, 2006, (2) made a claim for uninsured motorist benefits with Allstate which was paid in part or in full, (3) that included, *inter alia*, a claim for bodily injury, and (4) at some or all points during the claims process were represented by an attorney. On January 7, 2008, the court granted preliminary approval of the proposed settlement and the proposed notice of settlement to the class. [dkt # 239]. Notice was distributed to the class members in accordance with the terms in the order granting preliminary approval of the proposed settlement. On May 13, 2008, the court (Judge Thomas F. Hogan presiding) held a final settlement hearing during which counsel presented arguments in support of the motion seeking final approval of the settlement. No class member has objected to the terms of the settlement. Only one member of the class, Ms. Donna Ridley,

also known as Donna Ridley Ramrattan, has requested exclusion from the class and the settlement (and therefore is not a member of the class).

For the reasons stated on the record during the May 13, 2008 hearing, and for the reasons stated in the Memorandum Opinion filed this 28th day of May, 2008, the court finds that the terms of the Settlement Agreement are adequate, fair, and reasonable, in the best interests of the class and the public, and were reached after arms' length negotiation between the parties. Accordingly, it is this 28th day of May, 2008, hereby

ORDERED: that the Motion for Final Approval of Class Action Settlement [dkt # 242] is GRANTED; it is further

ORDERED: that the terms of the Settlement Agreement (attached as Exhibit A) are hereby INCORPORATED into this order; it is further

ORDERED: that Allstate shall make available $800,000.00 (the "Settlement Amount") for payment to eligible class members who submit valid claims. The Settlement Amount does not include any attorneys' fees, litigation expenses, or plaintiff incentive awards, all of which are to be paid separately, upon court approval and in accordance with the terms of the Settlement Agreement; it is further

ORDERED: that within 30 days of the Effective Date of the Settlement (as that term is defined in the Settlement Agreement), Defendants shall cause the Settlement Amount to be paid directly to the class members according to the terms of the Settlement Agreement; it is further

ORDERED: that the Releasors and Releasees (as those terms are defined in the Settlement Agreement) agree to the terms of the Settlement Agreement; it is further

ORDERED: that all of the claims in this action are DISMISSED WITH PREJUDICE;

and it is further

ORDERED: that jurisdiction is retained by this court for the specific purpose of enabling any party to this Final Judgment to apply to the court at any time for such further orders and directions as may be necessary and appropriate for the construction or carrying out of this Final Judgment.

/s/
Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE