# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUNICE WELLS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 00-0760-LFO |
| | ) |
| ALLSTATE INSURANCE CO., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## ORDER ON ATTORNEYS' FEES AND EXPENSES

The parties have settled this class-action suit, and class counsel has moved for court approval of their request for attorneys' fees, litigation expenses, and incentive awards to the named plaintiffs. *See* Joint Petition of Class Counsel for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Awards to Class Plaintiffs [dkt # 241]. Defendants do not object to the request. Notice of the request was distributed to the class members in accordance with the terms of this court's order granting preliminary approval of the proposed settlement. On May 13, 2008, the court (Judge Thomas F. Hogan presiding) held a final settlement hearing during which counsel presented arguments in support of the pending motion. No class member has objected to counsel's request. Only one member of the class, Ms. Donna Ridley, also known as Donna Ridley Ramrattan, has requested exclusion from the class and the settlement (and therefore is not a member of the class).

For the reasons stated on the record during the May 13, 2008 hearing, and for the reasons stated in the Memorandum Opinion filed this 28th day of May, 2008, the court finds that the requested attorneys' fees, reimbursement for litigation expenses, and incentive awards are fair and reasonable. Accordingly, it is this 28th day of May, 2008, hereby

ORDERED: that the Joint Petition of Class Counsel for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Awards to Class Plaintiffs [dkt # 241] is GRANTED; it is further

ORDERED: that class counsel's request for approval of payment of $700,000.00 for attorneys' fees is GRANTED; it is further

ORDERED: that class counsel's request for approval of payment of $25,000.00 for reimbursement of expenses is GRANTED;[1] and it is further

ORDERED: that class counsel's request for approval of incentive payments to named Plaintiffs Eunice Wells and Charles Rawlings of $10,000.00 each ($20,000.00 in total) is GRANTED.

/s/
Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE

---

[1] Class counsel filed a proposed order for approval of $696,370.39 for attorneys' fees and $28,629.61 for reimbursement of expenses [*see* dkt # 245]—a total of $725,000.00. Because the Joint Petition specifically requested "that the Court . . . award attorneys' fees in the amount of $700,000.00 . . . [and] approve the reimbursement of litigation costs and expenses in the amount of $25,000.00 . . . ." (Joint Pet. at 17), and because those are the amounts that the court considered at the final settlement hearing, those are the amounts approved.